UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE ROSA FAMILY TRUST, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-02955 DMR<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for September 21, 2011 at 1:30 p.m. before this court in the above-entitled case. Plaintiff did not file a joint case management statement beforehand and did not appear at the conference. Defendant Arturo Olivias made a special appearance, and it appears that the remaining defendants have not been served.

It is hereby ORDERED that Plaintiff SHOW CAUSE why the court should not dismiss this case for failure to prosecute. Plaintiff must file any submission by September 28, 2011.

IT IS SO ORDERED.

Dated: September 21, 2011

_____
DONNA M. RYU
United States Magistrate Judge