UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOLORES JOHNSON,

    Plaintiff,

v.

THE ROSA FAMILY TRUST, *et al.*,

    Defendants.
_____/

No. C-11-02955-DMR

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The court is in receipt of Plaintiff's response to the court's September 21, 2011 Order to Show Cause why Plaintiff's case should not be dismissed for failure to prosecute. Pursuant to that order, Plaintiff was to file his response by September 28, 2011; he failed to do so and submitted his response late the following day. Nevertheless, the court's hereby DISCHARGES the Order to Show Cause. The court also puts Plaintiff on notice that if she again fails to appear or otherwise meet court ordered deadlines, she will face sanctions.

IT IS SO ORDERED.

Dated: September 30, 2011

_____
DONNA M. RYU
United States Magistrate Judge