**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES JOHNSON, | No. C-11-02955 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| THE ROSA FAMILY TRUST, | |
| Defendant(s). | |

It has come to the court's attention that Jerome Yelsky, attorney for Defendants Arturo Olivias and Pacific Coast Capital Group, Inc., may currently be unable to provide competent legal services in this matter due to a medical condition(s). By no later than **December 15, 2011**, Mr. Yelsky is ordered to submit a response setting forth **in detail**: (1) his medical condition, treatment plan, and current and/or anticipated periods of time during which he will not be able to competently perform his professional duties, along with supporting medical records; (2) a plan for coverage of this case by other counsel during any periods of unavailability; and (3) whether the State Bar has been contacted regarding his practice, and if so, the nature of the State Bar's involvement. Mr. Yelsky may file his response under seal.

IT IS SO ORDERED.

Dated: November 30, 2011

_____
DONNA M. RYU
United States Magistrate Judge