UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES JOHNSON, | No. C-11-02955-DMR |
| Plaintiff(s), | **ORDER RE RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| THE ROSA FAMILY TRUST, | |
| Defendant(s). | |

The court is in receipt of a response to the Order to Show Cause that this court issued on November 30, 2011. [Docket Nos. 21, 23-24.] Because the response provides only a portion of the information that the court requested in the order, the court hereby ORDERS that Jerome A. Yelsky provide a full response to the Order to Show Cause by January 17, 2012.

IT IS SO ORDERED.

Dated: December 15, 2011

_____
DONNA M. RYU
United States Magistrate Judge