UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOLORES JOHNSON,

        Plaintiff(s),

   v.

THE ROSA FAMILY TRUST,

        Defendant(s).
_____/

No. C-11-02955-DMR

**ORDER RE RESPONSE TO ORDER TO SHOW CAUSE**

The court is in receipt of a response to the Order to Show Cause that this court issued on November 30, 2011. [Docket Nos. 21, 23-24.] Because the response provides only a portion of the information that the court requested in the order, the court hereby ORDERS that Jerome A. Yelsky provide a full response to the Order to Show Cause by January 17, 2012.

IT IS SO ORDERED.

Dated: December 15, 2011

                                        DONNA M. RYU
                                        United States Magistrate Judge