Bennett A. Rheingold, SBN 82617
balanrh@aol.com
LAW OFFICES OF BENNETT A. RHEINGOLD
3424 Carson Street, Suite 500
Torrance, CA 90503
Phone: (310) 214-1477
Fax: (310) 214-0764

Attorney for Defendants Pacific Coast
Capital Group, Inc. and Arturo Olivas

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES JOHNSON, | Case No. C-11-02955-DMR |
| Plaintiff | **STIPULATION AND ORDER TRANSFERRING ACTION TO CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION** |
| v. | |
| THE ROSA FAMILY TRUST, et al., | |
| Defendants. | |

Plaintiff Dolores Johnson and Defendants Pacific Coast Capital Group, Inc. and Arturo Olivas, by and through their respective counsel of record, hereby stipulate and agree that based on the residence of the parties in the Western Division of the Central District of California, this court should transfer the action to the Central District of California, Western Division forthwith.

Dated: March 28, 2012     /s/ Bennett A. Rheingold
                          Bennett A. Rheingold, attorney for Defendants Pacific Coast
                          Capital Group, Inc. and Arturo Olivas

Dated: March 29, 2012     /s/ Chance E. Gordon
                          Chance E. Gordon, attorney for Plaintiff Dolores Johnson

**IT IS ORDERED** that the Clerk of this Court transfer this action forthwith to the Central District of California, Western Division.

Dated: March 29, 2012     _____
                          DONNA M. RYU
                          United States Magistrate Judge

1

Stipulation and Order Transferring Action to Central District of California, Western Division